147 So.2d 862

### Gene Autry WEAVER

v.

### STATE.

### 3 Div. 120.

Court of Appeals of Alabama.
Nov. 20, 1962.

---

Gene Autry Weaver, pro se.

MacDonald Gallion, Atty. Gen., for the State.

CATES, Judge.

Weaver, in Kilby Prison, appeals denial of his release by way of habeas corpus.

We find no error since the warden's return showed (1) an indictment for second degree burglary, and (2) minutes of the Washington Circuit Court reciting arraignment (including Weaver's refusal of the court's offer to appoint counsel), trial, verdict, allocutus, judgment and sentence. Code 1940, Title 15, § 27.

Affirmed.